WILLIAM F. BARCLAY, respondent,

*v.*

CHARLES ROOME PARMELE COMPANY, appellant.

[Argued June 26th, 1906.   Decided January 2d, 1907.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Emery, whose opinion is reported in *70 N. J. Eq. (4 Robb.) 218.*

*Messrs. Guild, Lum & Tamblyn* and *Mr. Arthur A. Mickell* (of the New York bar), for the appellant.

*Messrs. Coult, Howell & Smith* and *Mr. Henry W. Goodrich,* for the respondent.

PER CURIAM.

The decree of the court of chancery is affirmed, for the reasons given by Vice-Chancellor Emery in the court below.

*For affirmance*—GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.